UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  : Hon. Joseph A. Dickson
                          :
v.                        : Mag. No. 20-8260
                          :
SALAHUDIN MUHAMMAD,       : **CRIMINAL COMPLAINT**
  a/k/a "Smooth"          :

I, Steven Kane, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof:

_____
Steven Kane, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed via telephone
August 10, 2020, New Jersey
Authorized telephonically pursuant to Fed. R. Crim. P. Rule 4.1

Honorable Joseph A. Dickson                Hon. Joseph A. Diskson /sa
United States Magistrate Judge             Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Distribution of Heroin and Cocaine)

During the week of July 13, 2020, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SALAHUDIN MUHAMMAD,**
**a/k/a "Smooth,"**

did knowingly and intentionally distribute a quantity of a mixture or substance containing heroin, a Schedule I controlled substance, and a quantity of a mixture or substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
(Distribution of Heroin and Cocaine)

During the week of July 27, 2020, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SALAHUDIN MUHAMMAD,**
**a/k/a "Smooth,"**

did knowingly and intentionally distribute a quantity of a mixture or substance containing heroin, a Schedule I controlled substance, and a quantity of a mixture or substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## ATTACHMENT B

I, Steven Kane, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been investigating Salahudin Muhammad, a/k/a "Smooth" ("MUHAMMAD") for the distribution of controlled substances in and around Newark, New Jersey.

2. During the week of July 13, 2020, law enforcement utilized a confidential source (the "CS") to purchase controlled substances from MUHAMMAD. Prior to and after the controlled purchase, law enforcement searched the CS to ensure that he/she did not possess any contraband or unauthorized currency. During the controlled purchase, the CS approached MUHAMMAD and purchased one brick[1] of suspected heroin ("One Brick") and ten vials of suspected crack cocaine ("Crack Vials-1") from MUHAMMAD in exchange for United States currency. The controlled purchase was recorded by video and audio. Following the controlled purchase, the CS turned over the One Brick and Crack Vials-1 to law enforcement at an undisclosed location.

3. During the week of July 27, 2020, law enforcement utilized the CS to purchase controlled substances from MUHAMMAD. Prior to and after the controlled purchase, law enforcement searched the CS to ensure that he/she did not possess any contraband or unauthorized currency. During the controlled purchase, the CS approached MUHAMMAD and purchased four bricks of suspected heroin ("Four Bricks") and thirty vials of suspected crack cocaine ("Crack Vials-2") from MUHAMMAD in exchange for United States currency. The controlled purchase was recorded by video and audio. Following the controlled purchase, the CS turned over the Four Bricks and Crack Vials-2 to law enforcement at an undisclosed location.

---

[1] A "brick" commonly refers to approximately fifty single-dose packets, or glassine envelopes, of heroin, often packaged as five bundles grouped together.