

# U.S. Department of Justice

*United States Attorney*
*District of New Jersey*
*Criminal Division*

---

970 Broad Street, 7ᵗʰ floor          973-645-2700
Newark, New Jersey 07102

**Via ECF**

October 14, 2020

Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    United States v. Salahudin Muhammad
             Crim. No. 20-8260

Dear Judge Dickson:

     Please accept this letter as a request for this case to be reassigned to a CJA defense attorney. The reason for this request is that this case, which is assigned to counsel from the Federal Public Defender's Office, is potentially related to another earlier pending case which is also being handled by an attorney from the Federal Public Defender's Office. Therefore, a potential conflict exists which would be obviated by the reassignment of this case to a CJA defense attorney. Thank you for your consideration of this request.

                              Respectfully submitted,

                              CRAIG CARPENITO
                              United States Attorney

                              *s/Jonathan W. Romankow*

                              By: JONATHAN W. ROMANKOW
                              Assistant U.S. Attorney